UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-02357-RBD-LHP

HOWARD COHAN,

    Plaintiff,

vs.

PETCO ANIMAL SUPPLIES STORES, INC.
a Foreign Profit Corporation
d/b/a PETCO,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, PETCO ANIMAL SUPPLIES STORES, INC., a Foreign Profit Corporation, d/b/a PETCO, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 10, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Kevin M. Young** |
| Gregory S. Sconzo, Esq. | Kevin M. Young, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 114151 |
| Sconzo Law Office, P.A. | SEYFARTH SHAW LLP |
| 3825 PGA Boulevard, Suite 207 | 1075 Peachtree Street N.E.. Suite 2500 |
| Palm Beach Gardens, FL 33410 | Atlanta, Georgia, 30309-3958 |
| Telephone: (561) 729-0940 | Telephone: (404) 885-1500 |
| Facsimile: (561) 491-9459 | Email: kyoung@seyfarth.com |
| Email: greg@sconzolawoffice.com | |

1

Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  **/s/ Gregory S. Sconzo**
                                                  **Gregory S. Sconzo, Esq.**